No. 90–6152. BAILEY *v.* UNITED STATES (two cases). C. A. 7th Cir. Certiorari denied.

No. 90–6154. COOPER *v.* STALLMAN ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–6158. GRAHAM ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 90–6159. MARTIN ET AL. *v.* MARRINER ET AL. C. A. 1st Cir. Certiorari denied.

No. 90–6161. IVERY *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 90–6162. HOLLY *v.* WHITLEY, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 90–6164. MCPEAK *v.* REYNOLDS, COMMISSIONER, TENNESSEE DEPARTMENT OF CORRECTIONS, ET AL. C. A. 6th Cir. Certiorari denied.

No. 90–6165. TODD *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–6168. HORSTMANN ET AL. *v.* SWINK ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–6171. MOORE *v.* KANSAS DEPARTMENT OF SOCIAL AND REHABILITATION SERVICES ET AL. C. A. 10th Cir. Certiorari denied.

No. 90–6172. WAKELIN ET AL. *v.* GULINO. C. A. 1st Cir. Certiorari denied.

No. 90–6175. BLACKSTOCK *v.* FARM & HOME SAVINGS ASSN. Ct. App. Mo., Western Dist. Certiorari denied.

No. 90–6176. ABUELHAWA *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 90–6178. NITCHER *v.* CLINE ET AL. C. A. 8th Cir. Certiorari denied.

No. 90–6183. HUMPHREY *v.* OHIO DEPARTMENT OF REHABILITATION AND CORRECTION. Ct. App. Ohio, Franklin County. Certiorari denied.